**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released December 27, 2022)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-22-358        In re Interest of Eric R. & Sandra R.

A-22-380        Nielsen v. Nielsen

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.